PER CURIAM.
Affirmed. See and compare Interstate Sec. Corp. v. Hayes Corp., 920 F.2d 769 (11th Cir.1991); Kee v. National Reserve Life Ins. Co., 918 F.2d 1538 (11th Cir.1990); AFM Corp. v. Southern Bell Tel. & Tel. Co., 515 So.2d 180 (Fla.1987); Florida Power & Light Co. v. Westinghouse Elec. Corp., 510 So.2d 899 (Fla.1987); Flagship Nat’l Bank v. Gray Distribution Sys., Inc., 485 So.2d 1336 (Fla. 3d DCA), rev. denied, 497 So.2d 1217 (Fla. 1986); Jacobson v. Heritage Quality Constr. Co., Inc., 604 So.2d 17 (Fla. 4th DCA 1992); Casa Clara Condominium Ass’n v. Charley Toppino & Sons, Inc., 588 So.2d 631 (Fla. 3d DCA 1991); Riedel v. NCNB Nat’l Bank of Florida, 591 So.2d 1038 (Fla. 1st DCA 1991); Kay v. Katzen, 568 So.2d 960 (Fla. 3d DCA 1990); Craven v. Metropolitan Dade County, 545 So.2d 932 (Fla. 3d DCA 1989); Menendez v. Beech Acceptance Corp., 521 So.2d 178 (Fla. 3d DCA 1988); Lake Placid Holding Co. v. Paparone, 508 So.2d 372 (Fla. 2d DCA 1987); Rosen v. Marlin, 486 So.2d 623 (Fla. 3d DCA 1986); Williamson v. Stephens, 411 So.2d 286 (Fla. 1st DCA 1982); McDonald v. Connell, 158 So.2d 780 (Fla. 2d DCA 1963); Adjmi v. Pankonin, 126 So.2d 153 (Fla. 3d DCA 1961).